HAMLIN AND BENEDICT *against* BOUGHTON AND OTHERS.

In this case, it appeared that the judgment for the plaintiffs had been satisfied, by various payments, and some sales of property on credit, by the consent of both parties. These sales had been made by a deputy of the Sheriff of Ontario, to whom the execution was directed. It was delivered to the deputy, who sold upon it; and the proceeds of the sales had been received by him.

A motion was now made, in behalf of the defendants, to enter satisfaction upon the judgment, or to stay execution, whichsoever the Court might direct. No notice of the motion had been served on the Sheriff.

*W. Hubbell,* for the motion.

*B. Whiting,* contra.

*A sale of goods by a deputy sheriff, and a receipt of the proceeds, operate as a payment to the sheriff, and discharge the defendant. The court, however, will not order satisfaction to be entered of record, until the money is paid to the plaintiff; but will stay all proceedings against the defendant, leaving the plaintiff to his remedy against the sheriff.*

*Curia.* The plaintiffs are bound to give credit, in some shape, for the money received by the deputy. An entry of satisfaction upon the record, however, might deprive them of all remedy against the Sheriff. For the present, therefore, we direct a stay of all farther proceedings against the defendants, which will not interfere with the plaintiffs' remedy against the Sheriff.

Rule accordingly.